FILED

07/16/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0206

## IN THE SUPREME COURT OF THE STATE OF MONTANA

## No. DA 20-0206

_____

BRENT YAGER,

      Petitioner and Appellant,

  v.

DEPARTMENT OF LABOR AND INDUSTRY, UNEMPLOYMENT
INSURANCE APPEALS BOARD, STATE OF MONTANA,
DEPARTMENT OF PUBLIC HEALTH AND HUMAN SERVICES,

      Respondents and Appellees.

_____

## ORDER

_____

Upon consideration of Appellee Department of Public Health and Human Services' motion for extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including August 14, 2020, within which to prepare, serve, and file the Appellee's response brief.

**TAH**

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 16 2020